**400**

fessed by an employer as to the union's majority claim must be genuine. Otherwise the employer has a duty to bargain and may not insist upon an election." National Labor Relations Bd. v. Trimfit of California (C.A. 9, 1954), 211 F.2d 206, 209.

We therefore conclude that there was substantial evidence to support the Board's finding that respondent violated Section 8(a) (5) of the Act, 29 U.S.C.A. § 158(a) (5), in refusing to bargain collectively with the Union.

A decree will be entered enforcing the order of the Board.

contract changes proposed by the union, (2) whether it refused to furnish to the union access to pertinent wage date, and (3) whether its grant of a wage increase without consulting the union amounted to a violation of sections 8(a) (5) and (1) of the Act presented issues of law rather than of fact as held in our per curiam opinion enforcing the order of the Board. 324 F.2d 956. We disagree. The law concerning all three questions is so well settled as not to justify further discussion. The only debatable question concerns the Board's factual inferences and findings which, in our opinion, are supported by substantial evidence in the record. The petition for rehearing is

Denied.

**HOLLYWOOD BRANDS, Petitioner,**

v.

**NATIONAL LABOR RELATIONS BOARD, Respondent.**

No. 20540.

United States Court of Appeals
Fifth Circuit.

Jan. 29, 1964.

Fred S. Ball, Jr., Montgomery, Ala., for petitioner.

Marcel Mallet-Prevost, Asst. Gen. Counsel, Dominick L. Manoli, Associate Gen. Counsel, Melvin Pollack, Atty., N. L. R. B., Washington, D. C., for respondent.

Before RIVES and CAMERON, Circuit Judges, and HUNTER, District Judge.

PER CURIAM.

On rehearing petitioner earnestly urges that the questions of (1) whether it refused to bargain in good faith on

**Max ROSEN, Plaintiff-Appellant,**

v.

**DISTRICT COUNCIL NO. 9 OF NEW YORK CITY OF the BROTHERHOOD OF PAINTERS, DECORATORS AND PAPERHANGERS OF AMERICA, Martin Rarback as Secretary-Treasurer of District Council No. 9 of New York City, and Louis Caputo, as President of District Council No. 9 of New York City, Defendants-Appellees.**

No. 244, Docket 27032.

United States Court of Appeals
Second Circuit.

Argued Jan. 9, 1964.

Decided Jan. 9, 1964.